**Fill in this information to identify the case:**

Debtor 1: Frances Relyea

Debtor 2 (Spouse, if filing): ___

United States Bankruptcy Court for the: Eastern District of Michigan

Case number: 19-41190

Official Form 410S1

# Notice of Mortgage Payment Change  12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association as Trustee of the Tiki Series III Trust

**Court claim no.** (if known): 7

**Last 4 digits** of any number you use to identify the debtor's account: 4 2 7 1

**Date of payment change:** Must be at least 21 days after date of this notice — 06/01/2020

**New total payment:** Principal, interest, and escrow, if any — $ 848.90

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: ___

   Current escrow payment: $ 201.32   New escrow payment: $ 205.83

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: ___

   Current interest rate: _____%   New interest rate: _____%

   Current principal and interest payment: $ _____   New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: ___

   Current mortgage payment: $ _____   New mortgage payment: $ _____

Official Form 410S1    Notice of Mortgage Payment Change    page 1

| Debtor 1 | **Frances Relyea** | Case number (*if known*) 19-41190 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

# Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Molly Slutsky Simons   Date 4/27/2020
Signature

| Print: | Molly Slutsky Simons | Title | Attorney for Creditor |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

Company: Sottile & Barile, Attorneys at Law

Address: 394 Wards Corner Road, Suite 180
Number   Street

Loveland   OH   45140
City   State   ZIP Code

Contact phone: 513-444-4100   Email: bankruptcy@sottileandbarile.com

SN Servicing Corporation                    Final
323 FIFTH STREET
EUREKA, CA  95501
For Inquiries:  (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date:   April 10, 2020

FRANCES RELYEA                                              Loan:
9413 WESTWIND DR UNIT 42                     Property Address:
LIVONIA MI  48150                                           9413 WESTWIND DRIVE UNIT 42
                                                            LIVONIA, MI  48150

**Annual Escrow Account Disclosure Statement**
**Account History**

This is a statement of actual activity in your escrow account from Apr 2019 to May 2020.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Jun 01, 2020: |
|---|---|---|
| Principal & Interest Pmt: | 643.07 | 643.07 |
| Escrow Payment: | 201.32 | 205.83 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $844.39 | $848.90 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Mar 01, 2020 |
| Escrow Balance: | (127.19) |
| Anticipated Pmts to Escrow: | 603.96 |
| Anticipated Pmts from Escrow (-): | 0.00 |
| Anticipated Escrow Balance: | $476.77 |

|  | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
|  |  |  |  |  | Starting Balance | 1,006.57 | (4,488.30) |
| Apr 2019 | 201.32 |  |  | * |  | 1,207.89 | (4,488.30) |
| May 2019 | 201.32 |  |  | * |  | 1,409.21 | (4,488.30) |
| Jun 2019 | 201.32 | 231.61 |  | * |  | 1,610.53 | (4,256.69) |
| Jul 2019 | 201.32 | 231.61 |  | * |  | 1,811.85 | (4,025.08) |
| Aug 2019 | 201.32 | 463.22 |  | * |  | 2,013.17 | (3,561.86) |
| Aug 2019 |  |  |  | 1,336.22 | * City/Town Tax | 2,013.17 | (4,898.08) |
| Sep 2019 | 201.32 | 463.22 | 1,276.21 |  | * City/Town Tax | 938.28 | (4,434.86) |
| Oct 2019 | 201.32 | 463.22 |  | * |  | 1,139.60 | (3,971.64) |
| Oct 2019 |  | 4,213.96 |  | * | Escrow Only Payment | 1,139.60 | 242.32 |
| Oct 2019 |  |  |  | 242.32 | * Escrow Disbursement | 1,139.60 | 0.00 |
| Nov 2019 | 201.32 |  |  | * |  | 1,340.92 | 0.00 |
| Dec 2019 | 201.32 | 603.96 | 1,139.60 | 1,133.79 | * City/Town Tax | 402.64 | (529.83) |
| Jan 2020 | 201.32 |  |  | * |  | 603.96 | (529.83) |
| Feb 2020 | 201.32 |  |  | * |  | 805.28 | (529.83) |
| Mar 2020 | 201.32 | 201.32 |  |  |  | 1,006.60 | (328.51) |
| Apr 2020 |  | 201.32 |  | * |  | 1,006.60 | (127.19) |
|  |  |  |  | Anticipated Transactions | 1,006.60 | (127.19) |
| Apr 2020 |  | 402.64 |  |  |  |  | 275.45 |
| May 2020 |  | 201.32 |  |  |  |  | 476.77 |
|  | $2,415.84 | $7,677.40 | $2,415.81 | $2,712.33 |  |  |  |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling 2,415.81. Under Federal law, your lowest monthly balance should not have exceeded 402.64 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Analysis Date: April 10, 2020

FRANCES RELYEA　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Loan: 

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
|---|---|---|---|---|---|
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 476.77 | 1,440.87 |
| Jun 2020 | 205.83 | | | 682.60 | 1,646.70 |
| Jul 2020 | 205.83 | | | 888.43 | 1,852.53 |
| Aug 2020 | 205.83 | | | 1,094.26 | 2,058.36 |
| Sep 2020 | 205.83 | 1,336.22 | City/Town Tax | (36.13) | 927.97 |
| Oct 2020 | 205.83 | | | 169.70 | 1,133.80 |
| Nov 2020 | 205.83 | | | 375.53 | 1,339.63 |
| Dec 2020 | 205.83 | 1,133.79 | City/Town Tax | (552.43) | 411.67 |
| Jan 2021 | 205.83 | | | (346.60) | 617.50 |
| Feb 2021 | 205.83 | | | (140.77) | 823.33 |
| Mar 2021 | 205.83 | | | 65.06 | 1,029.16 |
| Apr 2021 | 205.83 | | | 270.89 | 1,234.99 |
| May 2021 | 205.83 | | | 476.72 | 1,440.82 |
| | $2,469.96 | $2,470.01 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your escrow balance contains a cushion of 411.67. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed 411.67 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 476.77. Your starting balance (escrow balance required) according to this analysis should be $1,440.87. This means you have a shortage of 964.10. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to do nothing.

We anticipate the total of your coming year bills to be 2,470.01. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---:|
| Unadjusted Escrow Payment | 205.83 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $205.83 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated.  Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# DETROIT DIVISION

| | |
|---|---|
| In Re: | Case No. 19-41190-mar |
| Frances Relyea | Chapter 13 |
| Debtor. | Judge Mark A. Randon |

## PROOF OF SERVICE

The undersigned does hereby certify that a copy of the Notice of Mortgage Payment Change has been duly electronically serviced, noticed or mailed via U.S. First Class Mail, postage prepaid on April 27, 2020 to the following:

Frances Relyea, Debtor
9413 Westwind Dr.
Livonia, MI 48150

James P. Frego, II, Debtor's Counsel
fregolaw@aol.com

Krispen S. Carroll, Trustee
notice@det13ksc.com

United States Trustee's Office
(registeredaddress)@usdoj.gov

    Respectfully Submitted,

    /s/ Molly Slutsky Simons
    Molly Slutsky Simons (OH 0083702)
    Sottile & Barile, Attorneys at Law
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140
    Phone: 513.444.4100
    Email: bankruptcy@sottileandbarile.com
    Attorney for Creditor